# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Anthony E. LaCroix, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Michael L. Greenwald, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the Plaintiff, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

| | |
|---|---|
| /s/ *Anthony E. LaCroix* | 60793 |
| **Signature of Movant/Attorney** | **MO Bar Number** |
| October 13, 2022 | 1600 Genessee |
| **Date** | **Address** |
| (816) 399-4380 | Suite 956 |
| **Phone** | |
| | Kansas City, MO 64102 |

### Affidavit of Proposed Admittee

I, Michael L. Greenwald, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of Florida and the United States District Court(s) of
See attached                                                                 . (Attach additional page if necessary.)
Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

| **Case Number(s):** | **Case Title(s)** |
|---|---|
| 4:22-cv-638-SRB | Eagle v. GVG Capital, LLC d/b/a WeBuyHomes4Cash.org |
| | |

**Date:** October 13, 2022    **Signature:** /s/ *Michael L. Greenwald*

**State Bar of Residence & Bar Number:**    **Address:** 5550 Glades Road, Suite 500
Florida, 0761761
                                             Boca Raton, FL 33431

**Phone:** (561) 826-5477    **Email:** mgreenwald@gdrlawfirm.com

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.

## COURT ADMISSIONS

| Name of State or Federal Bar or Court (Bar number) | Date Admitted | In Good Standing |
|---|---|---|
| Florida (761761) | 10/14/2004 | Yes |
| Southern District of Florida | 04/18/2006 | Yes |
| Middle District of Florida | 10/08/2006 | Yes |
| Northern District of Florida | 05/11/2011 | Yes |
| District of Colorado | 06/2012 | Yes |
| Eastern District of Wisconsin | 10/2006 | Yes |
| Eastern District of Michigan | 12/2013 | Yes |
| Western District of Michigan | 04/06/2015 | Yes |
| Northern District of Indiana | 02/05/2015 | Yes |
| Eastern District of Arkansas | 05/13/2015 | Yes |
| Western District of Arkansas | 05/13/2015 | Yes |
| Southern District of Indiana | 10/28/2015 | Yes |