# EXHIBIT A



# We are looking to buy homes in Austin

**1**
Your Situation

**2**
Your Home

**3**
About You

## Property Type?

– Select –

NEXT

Recent market changes may have increased values in your area.



This does not obligate us to buy your home nor you to sell it.

Information submitted on this site will be sent to a network which consists of real estate investors, real estate agents, and direct buyers.

Privacy Policy | Terms & Conditions | Unsubscribe from Email | Unsubscribe from SMS

Case 4:22-cv-00638-SRB   Document 19-1   Filed 01/16/23   Page 2 of 2