# EXHIBIT B

# Terms & Conditions

By visiting webuyhomes4cash.org, you are subject to and accept these Terms and Conditions of Use, which may be updated by us from time to time without notice to you. Please also review our Privacy Policy, which also governs your visit to webuyhomes4cash.org, to fully understand our practices. Collectively, these documents constitute an "Agreement" between you and webuyhomes4cash.org regarding your use of the webuyhomes4cash.org website.

## Purpose of Our Website

The purpose of webuyhomes4cash.org is to providing home selling services to it's users. To gain access to our services, you must submit certain information about yourself and the home you wish to sell, which information will be used by webuyhomes4cash.org and such affiliates of webuyhomes4cash.org to assist you in the home selling process. To assure the value of the services to be provided to you, you agree that you will provide accurate and complete information.

## Copyright & Trademarks

© 2018 webuyhomes4cash.org. All content included on this site, such as text, graphics, logos, button icons, images, audio clips, digital downloads, and data compilations, are the exclusive property of webuyhomes4cash.org and are all subject to copyright and other intellectual property protection. "webuyhomes4cash.org" and all other trademarks and service marks indicated on our site are the property of webuyhomes4cash.org. These objects may not be copied for commercial use or distribution, nor may these objects be modified or reposted to other sites. Framing of any content is strictly prohibited.

## License

webuyhomes4cash.orggrants you a limited license to access and make personal use of this site and not to download or modify it, or any portion of it, except with the express written consent of webuyhomes4cash.org. This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, visited or otherwise exploited for any commercial purpose without the express written consent of webuyhomes4cash.org.

## Professional Home Buyers — Not Professional Advisors

Financial decisions, including decisions about selling real estate, are serious decisions that should not be taken lightly. webuyhomes4cash.org, its agents, employees, officers, subsidiaries, members or affiliates do not, via this website or otherwise, encourage you to make any particular decision on issues concerning real estate without first seeking professional advice from your attorney or accountant. We are not licensed real estate attorneys, or accountants, and WE DO NOT REPRESENT PARTIES AS SUCH. The material contained on this site is offered as information only and not as financial, accounting, legal or other professional advice. Users of this site should contact their own professional advisors for such advice.

You agree that you must evaluate and bear all risks associated with your dealings with webuyhomes4cash.org or its affiliates. You agree and understand that your choice to deal with any member or affiliate of this site is done at your discretion and risk, and you will be solely responsible for such dealings. In no event shall webuyhomes4cash.org be liable for any direct, indirect, incidental, punitive or consequential damages of any kind whatsoever with respect to your dealings with investors, members or affiliates of this site.

## Obligations of Home Sellers Registered With webuyhomes4cash.org

By completing the home information form on this site, you agree that:

1. You are of legal age and are otherwise capable of forming a legally binding contract;
2. You are interested in selling property located in the United States of America ;
3. You do not have an exclusive contractual or other arrangement with any real estate professional; and
4. You agree to be contacted by e-mail or other means by webuyhomes4cash.org or a member or affiliate of webuyhomes4cash.org regarding your property.

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

THIS SITE IS PROVIDED BY webuyhomes4cash.org IS ON AN "AS IS" AND "AS AVAILABLE" BASIS. CLEARSALE.COM MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR THE INFORMATION, CONTENT, MATERIALS, OR PRODUCTS INCLUDED ON THIS SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, webuyhomes4cash.orgDISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. webuyhomes4cash.org DOES NOT WARRANT THAT THIS SITE, ITS SERVERS OR E-MAIL SENT FROM THIS SITE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. webuyhomes4cash.org WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE, INCLUDING, BUT NOT LIMITED TO, DIRECT, INDIRECT, INCIDENTAL, PUNITIVE AND CONSEQUENTIAL DAMAGES.

## Governing Law

Case 4:22-cv-00638-SRB   Document 19-2   Filed 01/16/23   Page 2 of 3

By visiting webuyhomes4cash.org, you agree that the laws of the State of Texas , without regard to principles of conflict of laws, will govern these Terms and Conditions of Use and/or any dispute of any sort that might arise between you and webuyhomes4cash.org or its affiliates.

## Links to Other Sites

From time to time, webuyhomes4cash.org may include on its site third party services (such as a moving company or home improvement center). webuyhomes4cash.org may post information about, or links to, these companies as a service to its users who may be interested in such services. webuyhomes4cash.org is not responsible for the contents of any link to or from this site. We do not endorse the policies or practices of, or opinions expressed on, other websites linked to or from this site; nor do we make any representations or warranties with respect to the accuracy of any items or claims contained in such other websites. Any links are provided for you only as a convenience, and the inclusion of any link does not imply endorsement by us of the services, the site, its contents or its sponsoring organization.

## Disputes

If you have any dispute concerning any aspect of these Terms of Website Use, the Website, or any of our services, you agree to submit your dispute for resolution by binding and confidential arbitration before the American Arbitration Association ("AAA") in Dallas, Texas, by filing a Demand for Arbitration except to the extent that you have in any manner violated or threatened to violate webuyhomes4cash.org intellectual property rights, webuyhomes4cash.org may seek injunctive or other appropriate relief in any state or federal court in the State of Texas, and you consent to exclusive jurisdiction and venue in such courts.. The arbitrator will have exclusive authority to resolve any dispute including any claim that all or any part of these Terms of Website Use are unenforceable.

Opt-Out of Arbitration/Class Action Waiver. The Terms & Conditions do not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above. This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement. You may opt-out of these Dispute Resolution Provisions by providing written notice of your decision within thirty (30) days of the date that you first register on the webuyhomes4cash.org Website.

YOU ACKNOWLEDGE AND AGREE THAT, VIA YOUR ACCEPTANCE OF THESE DISPUTE RESOLUTION PROVISIONS, YOU WAIVE ANY RIGHT TO A JURY TRIAL, AS WELL AS YOUR RIGHT TO BRING, JOIN OR PARTICIPATE AS A PLAINTIFF OR A CLASS MEMBER IN A CLASS ACTION SUIT OR MULTI-PARTY ARBITRATION BROUGHT AGAINST US, ANY PERSON RELATED TO US OR A SERVICE PROVIDER USED BY US TO PROVIDE THE SERVICE.

## Other Policies, Modification and Severability

Please review our other policies posted on this site, including our Privacy Policy. These policies also govern your visit to webuyhomes4cash.org. We reserve the right to make any changes to our site, policies, and these Terms and Conditions of Use at any time. If any of these provisions shall be deemed invalid, void or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity or enforceability of any remaining provisions.

## Acceptance of Terms of Use

By your use of this site, you agree that you have read, understand and agree to abide by this Agreement and the documents it incorporates by reference; you intend to form a legally binding contract by utilizing or viewing this site. A printout of this Agreement and the documents it incorporates by reference will constitute a "writing" under any applicable law or regulation

compliance@webuyhomes4cash.org
P.O Box 660675 #31403 Dallas, TX 75266-0675

To opt-out from receiving any additional email communications regarding this website, click here..
To opt-out from receiving any additional sms communications regarding this website, click here..

Case 4:22-cv-00638-SRB   Document 19-2   Filed 01/16/23   Page 3 of 3