# EXHIBIT C



Home    Technology    Team    Blog

Contact Us    Jobs

# What we're currently
# *nerding* out to.

You should probably know, we build ALL of our tech, **in house**....from the ground up.



## Big Data

**It all starts with data. Lots of data... By utilizing first party, consumer provided, data, 3rd party data providers, and industry niche data partners....**

...we analyze over 500 property specific data points on every home in the United States, and over 200 consumer



## Artificial Intelligence

**Now a days, it's 'cool' to say you use AI, but not all AI is created equal....**

...We've been playing in the **AI sandbox** long before it became '*cool*'.  In fact, many of the industry disruptive AI techniques being awed over today, were implemented in our tech over 3 years ago.  Being



Home    Technology    Team    Blog

Contact Us    Jobs

that allows us to take the guess work out of **predictive modeling**.  Our results are so accurate it even freaks us out sometimes…..more on that later.

---



## Predictive Modeling

**We can't give away our 'secret sauce', but we can peel back the curtains just enough to get any data nerd excited….**

…..In short, we utilize predictive modeling to understand the likelihood of a



## Lead Generation

**"That's cool, but what does it do?"**

…..Advanced **targeting** methods to generate the perfect '**motivated home seller**' lead.

Case 4:22-cv-00638-SRB    Document 19-3    Filed 01/16/23    Page 3 of 6



Home    Technology    Team    Blog

Contact Us    Jobs

estate transaction is most likely to occur, (off market transaction vs. traditional MLS listing). Data Analysis/Predictive Modeling is simply identifying, and understanding **patterns**. By looking at past real estate transactions, and all of the variables that were present at that time, we can understand the importance (weighted scale) of certain variables, and their impact towards the outcome. This takes a lot of data, and a lot of time….the end result? A technology solution that doesn't '**guess**' outcomes, in fact, what you are left with, is a technology solution that remains completely

Case 4:22-cv-00638-SRB   Document 19-3   Filed 01/16/23   Page 4 of 6



Home    Technology    Team    Blog

Contact Us    Jobs

present and viable, before arriving at a **conclusion**.

**'Prove Me Wrong'** - One of the single, most powerful, components to the technology, is the constant seeking to prove itself wrong.  How does it do that?  It is constantly looking back to previous conclusions it has made, and looks for '**real life**' updates to that property/home owner.  For instance, if the system predicts the likelihood of a property changing possession as very low, but then sees that property involved in a transaction 30 days later, it will '**learn**' from this inaccurate prediction, and most importantly, carry those new **findings** to all

Case 4:22-cv-00638-SRB   Document 19-3   Filed 01/16/23   Page 5 of 6



Home    Technology    Team    Blog

Contact Us    Jobs

improving, and **always** seeking to 'prove itself wrong'.

---

GVG Capital, LLC
4305 Windsor Centre Trail
#300
Flower Mound, TX 75028



Case 4:22-cv-00638-SRB   Document 19-3   Filed 01/16/23   Page 6 of 6