UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Elizabeth Eagle, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>GVG Capital, LLC d/b/a WeBuyHomes4Cash.org,<br><br>    Defendant. | CASE NO. 4:22-cv-638-SRB |

## STATUS REPORT RE: NOTICE OF SETTLEMENT

In response to ECF No. 45, Elizabeth Eagle ("Plaintiff") and GVG Capital, LLC (collectively, the "Parties") jointly notify this Court that they anticipate finalizing their settlement in the imminent future, but have not yet finalized an agreement on all terms. The Parties respectfully request that this Court allow the Parties 14 additional days within which to finalize the terms of their settlement agreement, after which the parties will file a stipulation of dismissal.

Date: July 3, 2023

*/s/ Michael L. Greenwald*
Michael L. Greenwald (*pro hac vice*)
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Tele: (561) 826-5477
mgreenwald@gdrlawfirm.com

Alex D. Kruzyk (*pro hac vice*)
PARDELL, KRUZYK & GIRIBALDO, PLLC
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com

Anthony E. Lacroix
LaCroix Law

1600 Genessee, Suite 956
Kansas City, Missouri 64102
Tele: (816) 399-4380
tony@lacroixlawkc.com

*Counsel for Plaintiff and the proposed classes*

*/s/ Tori L. Guidry*
Eric J. Troutman (pro hac vice)
California Bar No. 229263
Puja J. Amin (pro hac vice)
California Bar No. 229547
Tori L. Guidry (pro hac vice)
Louisiana Bar No. 37704
TROUTMAN FIRM
530 Technology Drive Suite 200
Irvine, CA 92618
Tele: (949) 350-3663
Facsimile: (949) 203-8689
Email: troutman@troutmanfirm.com

Patrick D. Murphy #52890
RoseAnn Sorce #74365
RASMUSSEN DICKEY MOORE, LLC
1001 East 101st Terrace, Suite 300
Kansas City, Missouri 64131
Tele: (816) 960-1611
Facsimile: (816) 960-1660
pmurphy@rdm.law
rsorce@rdm.law

*Counsel for Defendant GVG Capital, LLC*